[Stamp: JUL 2 4 2019]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

CHRISTINA ARGYROS,

                              Plaintiff,

-against-

THE LIGHTSTONE GROUP, LLC, JENNIFER CLINE as an individual and in her capacity as Executive Vice President of Human Resources of THE LIGHTSTONE GROUP, LLC, and MITCHELL HOCHBERG, as an individual and in his capacity as Chief Operating Officer of THE LIGHTSTONE GROUP, LLC

                              Defendants.

Case No.: 1:18-cv-05142

-------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff, Christina Argyros, and Defendants, The Lightstone Group, LLC, Jennifer Cline, and Mitchell Hochberg, through their undersigned counsel, who state that they have been authorized by the Parties to enter into this Stipulation, and who further state that none of the parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

July 23, 2019  
Date

By: *[signature]*  
Donna H. Clancy, Esq.  
The Clancy Law Firm  
40 Wall Street, 61st Floor  
New York, New York 10005

July 23, 2019  
Date

By: *[signature]*  
Michelle E. Phillips, Esq.  
Jackson Lewis P.C.  
44 South Broadway, 14th Floor  
White Plains, New York 10601

7/24/19

SO ORDERED: *[signature]*

HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE